## 55082. BODY v. THE STATE.

BELL, Chief Judge.

Defendant was convicted of criminal attempt to commit theft by deception.

The state's evidence showed that defendant attempted to withdraw money from a local savings and loan association by exhibiting a passbook that did not belong to him. *Held:*

Defendant's sole enumeration is that the trial court erred in allowing, over objection, evidence that a few days prior to the offense charged defendant attempted to withdraw money from the same bank, by tendering the same passbook. Evidence of a separate crime is admissible when there is evidence that defendant was the perpetrator of that crime and a sufficient similarity or connection between the independent crime and the offense charged so that proof of the former tends to prove the latter. *Sloan v. State,* 115 Ga. App. 852 (156 SE2d 177). This evidence was correctly admitted.

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

SUBMITTED JANUARY 17, 1978 — DECIDED
JANUARY 31, 1978.

*E. Carl Prince, Jr.,* for appellant.

*William F. Lee, Jr., District Attorney, Robert H. Sullivan, Assistant District Attorney,* for appellee.